190 So.2d 238

**Frederick M. MOHR, Jr.**

v.

**Mary Ann SCHMITT et al.**

No. 48354.

Oct. 7, 1966.

In re: Frederick M. Mohr, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 189 So.2d 46.

The application is denied. According to the facts of the case, as found by the Court of Appeal, the judgment complained of is correct.

190 So.2d 238

**LOUISIANA BOARD OF EXAMINERS IN WATCHMAKING**

v.

**Irvin B. MORROW.**

No. 48356.

Oct. 7, 1966.

In re: Irvin B. Morrow applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 188 So.2d 160.

The application is denied. The judgment is correct.